IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-447 |
| v. | ) |
| | ) |
| BEYONCE KNOWLES CARTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW this 16th day of May, 2018, upon consideration of the complaint filed by plaintiff, Asia Johnson, *pro se* and *in forma pauperis*, (ECF No. 3),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and amendment would be futile.

IT IS FURTHER ORDERED that plaintiff's motion for service by mail, (ECF No. 7), is DENIED AS MOOT.

FINALLY, IT IS ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Asia Johnson
1807 West St., Apt. 2
Munhall, PA 15120